**Official Form 1 (04/10)**

| United States Bankruptcy Court<br>**NORTHERN** DISTRICT OF **ILLINOIS** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Herring, Jeffrey** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Bullock-Herring, Delondra** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) **6336** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**21770 Juneau**<br>**Plainfield IL**    ZIPCODE **60544** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**21770 Juneau**<br>**Plainfield IL**    ZIPCODE **60544** |
| County of Residence or of the<br>Principal Place of Business: **Will** | County of Residence or of the<br>Principal Place of Business: **Will** |
| Mailing Address of Debtor (if different from street address):<br>**SAME**    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>**SAME**    ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **NOT APPLICABLE**    ZIPCODE | |

| **Type of Debtor** (Form of organization)<br>(Check **one** box.)<br><br>☒ Individual (includes Joint Debtors)<br>  *See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above<br>  entities, check this box and state type of<br>  entity below | **Nature of Business**<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>  in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br><br>☒ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9         of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13         of a Foreign Nonmain Proceeding |
|---|---|---|

|  | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization<br>  under Title 26 of the United States<br>  Code (the Internal Revenue Code). | **Nature of Debts** (Check one box)<br><br>☒ Debts are primarily consumer debts, defined    ☐ Debts are primarily<br>  in 11 U.S.C. § 101(8) as "incurred by an      business debts.<br>  individual primarily for a personal, family,<br>  or household purpose" |
|---|---|---|

**Chapter 11 Debtors:**

Check one box:
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts
  owed to insiders or affiliates) are less than $2,343,300 (amount
  subject to adjustment on 4/01/13 and every three years thereafter).
- - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more
  classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| **Filing Fee** (Check one box)<br><br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>  attach signed application for the court's consideration certifying that the debtor<br>  is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>  attach signed application for the court's consideration. See Official Form 3B. |
|---|

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
  distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,000-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Official Form 1 (04/10)                                                                                          FORM B1, Page   2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> ***Jeffrey Herring and*** <br> ***Delondra Bullock-Herring*** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | | (If more than two, attach additional sheet) |
|---|---|---|
| Location Where Filed: <br> ***Nth Dist IL (ch 13)*** | Case Number: <br> ***03B34958 Dismissed7/18/07*** | Date Filed: <br> ***7/25/03*** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | | (If more than one, attach additional sheet) |
|---|---|---|
| Name of Debtor: <br> ***NONE*** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br><br> ☐ Exhibit A is attached and made a part of this petition | (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X  ***/s/ Richard S. Bass*** <br>     Signature of Attorney for Debtor(s)                              Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                                        (Name of landlord that obtained judgment)

                                        (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10)                                                                          FORM B1, Page   3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | *Jeffrey Herring and Delondra Bullock-Herring* |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Jeffrey Herring*
_____
Signature of Debtor

**X** */s/ Delondra Bullock-Herring*
_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

**Signature of Attorney***

**X** */s/ Richard S. Bass*
_____
Signature of Attorney for Debtor(s)

*Richard S. Bass 6189009*
Printed Name of Attorney for Debtor(s)

*Law Office of Richard S. Bass, LTD.*
Firm Name

*2021 Midwest Road*
Address

*Oak Brook IL  60521*

*630-953-8655*
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under
Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts:  (1)  Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.  **Services Available from Credit Counseling Agencies**

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**.  The briefing must be given within 180 days **before** the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

2.  **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.  Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are

found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

<u>Chapter 13</u>: **Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

<u>Chapter 11</u>: **Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

<u>Chapter 12</u>: **Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. <u>Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials</u>

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

**FORM B6A (Official Form 6A) (12/07)**

In re <u>*Jeffrey Herring and Delondra Bullock-Herring*</u> ,        Case No._____
         Debtor(s)                                                                (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |
| | | **TOTAL $** | *0.00* | |

No continuation sheets attached

**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re <u>Jeffrey Herring and Delondra Bullock-Herring</u>,    Case No. _____
                 Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value<br>of Debtor's Interest,<br>in Property Without<br>Deducting any<br>Secured Claim or<br>Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash*<br>*Location: In debtor's possession* | | *$ 100.00* |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking Acct:   Bank of America*<br>*Location: In debtor's possession* | | *$ 100.00* |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Misc used household goods and furnishings*<br>*Location: In debtor's possession* | J | *$ 2,000.00* |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Misc used personal items, books and pictures*<br>*Location: In debtor's possession* | J | *$ 400.00* |
| 6.  Wearing apparel. | | *Misc used personal clothing*<br>*Location: In debtor's possession* | J | *$ 800.00* |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such | X | | | |

In re _Jeffrey Herring and Delondra Bullock-Herring_____ ,    Case No. _____
                    Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| interest(s). 11 U.S.C. 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *401K Pension-Retirement Plan (Employer Plan)* *Location: In debtor's possession* | | $ 5,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2005 Nissan Altima* *Location: In debtor's possession* | W | $ 8,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

B6B (Official Form 6B) (12/07)

In re __Jeffrey Herring and Delondra Bullock-Herring__ ,    Case No. _____
             Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | | |
| 30. Inventory. | X | | | | |
| 31. Animals. | X | | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | | |
| 33. Farming equipment and implements. | X | | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | | |
| | | | Total ➡ | | $ 16,400.00 |

Page __3__ of __3__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re _Jeffrey Herring and Delondra Bullock-Herring_ ,    Case No. _____
         Debtor(s)                                                                                  (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash | 735 ILCS 5/12-1001(b) | $ 100.00 | $ 100.00 |
| Checking Acct:  Bank of America | 735 ILCS 5/12-1001(b) | $ 100.00 | $ 100.00 |
| Misc used household goods and furnishings | 735 ILCS 5/12-1001(b) | $ 2,000.00 | $ 2,000.00 |
| Misc used personal items, books and pictures | 735 ILCS 5/12-1001(a) | $ 400.00 | $ 400.00 |
| Misc used personal clothing | 735 ILCS 5/12-1001(a) | $ 800.00 | $ 800.00 |
| 401K Pension-Retirement Plan (Employer Plan) | 735 ILCS 5/12-1006 | $ 5,000.00 | $ 5,000.00 |
| 2005 Nissan Altima | 735 ILCS 5/12-1001(c) | $ 4,800.00 | $ 8,000.00 |

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re Jeffrey Herring and Delondra Bullock-Herring ,        Case No. _____
     **Debtor(s)**                                                                      **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 1* Santander Consumer USA Attn:  Bankruptcy Dept PO BOX  562084 Dallas TX 75356-0284 | J | 2008 Notice to other location 2005 Nissan Altima (Acct:3000018474017XXXX) NOTICE TO OTHER LOCATION Value: $ 8,000.00 | | | | $ 0.00 | $ 0.00 |
| Account No: *Creditor # : 2* Santander Consumer USA Attn:  Bankruptcy Dept 8585 N. Stemmons Fwy  #11 Dallas TX 75247-3836 | W | 2008 Purchase Money Security 2005 Nissan Altima (Acct3000018474017XXXX) Value: $ 8,000.00 | | | | $ 10,000.00 | $ 2,000.00 |
| Account No: | | Value: | | | | | |

No continuation sheets attached

Subtotal $ (Total of this page)    $ 10,000.00    $ 2,000.00

Total $ (Use only on last page)    $ 10,000.00    $ 2,000.00

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6E (Official Form 6E) (04/10)

In re _Jeffrey Herring and Delondra Bullock-Herring_____,   Case No._____
          **Debtor(s)**   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_   **continuation sheets attached**

**Official Form 6E (04/10) - Cont.**

In re _Jeffrey Herring and Delondra Bullock-Herring_ ,    Case No._____
       **Debtor(s)**                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Domestic Support Obligations_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 1* *Illinois Dept Child Support* *Attn-Collection-Bankrupt Dpt* *509 S. Sixth St* *Springfield IL 62701-1825* | W | *Child support* *payroll deducted* | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal $ (Total of this page)

Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and

Official Form 6E (04/10) - Cont.

In re *Jeffrey Herring and Delondra Bullock-Herring* ,   Case No._____

Debtor(s)   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim   H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 2  Illinois Dept of Revenue  Attn: Bankruptcy-Level 7-425  100 W. Randolph St  Chicago IL 60606 | H | 2008  State income taxes | | | | $ 81.00 | $ 81.00 | $ 0.00 |
| Account No:  Creditor # : 3  Internal Revenue Service  Attn Central Insolvency Dept  PO Box 21126  Philadelphia PA 19114 | H | 12/31/06  Federal income taxes  tax debt from 12/31/06  filed 6/24/09 | | | | $ 4,500.00 | $ 4,500.00 | $ 0.00 |
| Account No: 0096  Creditor # : 4  Linebarger Goggan Blair etal  RE: State of Illinois  PO BOX  06140  Chicago IL 60606-0140 | | 2004-2010  Collection on State Income Tax | | | | $ 81.00 | $ 81.00 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | 4,662.00 | 4,662.00 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 4,662.00 | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 4,662.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _Jeffrey Herring and Delondra Bullock-Herring_ ,    Case No. _____
               **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.   R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1 <br> Aarons Sales <br> 1418 W. Jefferson St <br> Joliet IL 60435-6702 | | W | 2002 <br> Unsecured | | | | $ 500.00 |
| Account No:  6056 <br> Creditor # : 2 <br> AIS Services LLC <br> Acct: NCO Financial <br> 50 California St <br> San Francisco CA 94111 | | H | 2010 <br> Collection | | | | $ 1,409.00 |
| Account No:  0191 <br> Creditor # : 3 <br> American Bank & Trust <br> Attn:  Bankruptcy Dept <br> 1600 4th Ave <br> Rock Island IL 61201 | | | 2004-2010 <br> Overdraft Account | | | | $ 328.00 |
| Account No:  8984 <br> Creditor # : 4 <br> American General Financial Ser <br> Attn:  Bankruptcy Dept <br> 219 W Saint Charles Rd <br> Villa Park IL 60181-2402 | | | 2004-2010 <br> Installment Loan | | | | $ 8,880.00 |

*22* continuation sheets attached

                                                  **Subtotal $**      | $ 11,117.00 |

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_____ ,   Case No. _____
   **Debtor(s)**                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 5<br>American Sales Water Co<br>Attn; Collections<br>352 Commons Dr<br>Bolingbrook IL 60440 | | W | 2004-09<br>Unsecured | | | | $ 400.00 |
| Account No:<br>Creditor # : 6<br>Americredir Financial<br>Attn Bankruptcy Dept<br>PO Box 183853<br>Arlington TX 76096-3853 | | W | 2002<br>Notice | | | | $ 0.00 |
| Account No:<br>Creditor # : 7<br>Ameritech<br>Attn:  Law Dept.<br>225 W. Randolph St.  #27A<br>Chicago IL 60606 | | W | 2002<br>Notice | | | | $ 300.00 |
| Account No:   3873<br>Creditor # : 8<br>Arrow Financial Service<br>Acct: Premier Bank Card<br>5996 W. Touhy<br>Niles IL 60714-4610 | | W | 2009<br>Notice | | | | $ 0.00 |
| Account No:   1803<br>Creditor # : 9<br>Arrow Financial Service<br>Acct: Household Bank<br>5996 W. Touhy<br>Niles IL 60714-4610 | | H | 2009<br>Collection | | | | $ 4,100.00 |
| Account No:<br>Creditor # : 10<br>Aspire Visa<br>Attn:   Bankruptcy Dept<br>PO Box 23007<br>Columbus GA 31902-3007 | | | 2004-2010<br>Notice | | | | $ 0.00 |

Sheet No.   _1_ of   _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 4,800.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_____ ,   Case No._____
                          **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 11<br>AT&T<br>PO BOX  8212<br>Aurora IL 60572-8212 | | W | 2005-09<br>Phone | | | | $ 450.00 |
| Account No:   13<br>Creditor # : 12<br>ATG Credit<br>Acct:  Naperville Radiologist<br>PO Box 14895<br>Chicago IL 60614-4895 | | W | 2006<br>Collection<br>Collection on Naperville Radiologist | | | | $ 33.00 |
| Account No:   9026<br>Creditor # : 13<br>Beneficial National Bank<br>Attn:  Bankruptcy Dept<br>200 Somerset Corp<br>Bridgewater NJ 08807 | | H | 2010<br>Credit Account | | | | $ 699.00 |
| Account No:<br>Creditor # : 14<br>Blatt Hasenmiller Leibsker et<br>RE:  Midland (Aspire)<br>125 S. Wacker Dr  #400<br>Chicago IL 60606-4440 | | | 2008<br>Lawsuit<br>DuPage Case No   2008 SC 001881 | | | | $ 1,398.00 |
| Account No:   7177<br>Creditor # : 15<br>BOSE Corporation<br>Attn: Collection Dept<br>The Mountain<br>Framingham MA 01701-9168 | | H | 2009<br>Credit Account | | | | $ 700.00 |
| Account No:   5281<br>Creditor # : 16<br>Capital One<br>Attn:  Bankruptcy Dept<br>P.O. BOX  30281<br>Salt Lake City UT 84130-0281 | | H | 2006<br>Credi c | | | | $ 944.00 |

Sheet No.  _2_ of  _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 4,224.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_____ ,     Case No._____
                                   **Debtor(s)**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7115<br>Creditor # : 17<br>CarMax Auto Finance<br>Attn:  Bankruptcy Dept<br>PO BOX  Box  440609<br>Kennesaw GA 30160 | | H | 2208-2010<br>Deficiency on vehicle | | | | $ 11,484.00 |
| Account No:   2665<br>Creditor # : 18<br>CBCS<br>RE:  US Cellular<br>PO BOX  163250<br>Columbus OH 43216 | | H | 2010<br>Collection | | | | $ 1,426.00 |
| Account No:   1475<br>Creditor # : 19<br>CBCS Collection<br>Acct: US Cellular<br>236 East Towne St<br>Columbus OH 43215-000 | | W | 2007<br>Collection<br>Collection on uS Cellular | | | | $ 300.00 |
| Account No:   1578<br>Creditor # : 20<br>CBE Group<br>Acct: Commonwealth Edison<br>PO Box 900<br>Waterloo IA 50704. | | H | 2009<br>Collection | | | | $ 262.00 |
| Account No:   1157<br>Creditor # : 21<br>Central DuPage Hospital<br>Attn:  Patient Accounts<br>25 N. Winfield Road<br>Winfield IL 60190-1295 | | | 2004-2010<br>Medical Bills | | | | $ 2,041.00 |
| Account No:   5375<br>Creditor # : 22<br>Certegy Pymt Recovery Services<br>Acct: TJ Maxx<br>PO BOX  30046<br>Tampa FL 33630 | | W | 2009<br>Collection<br>Collection for TJ Maxx Store | | | | $ 100.00 |

Sheet No.   3  of   22 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     $ 15,613.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_ ,                    Case No. _____
              **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 23 <br> Charter One Bank <br> Attn: Collection Dept <br> 127th St & Route 59 <br> Plainfield IL 60544 | | W | 2008-09 <br> Overdraft Account | | | | $ 275.00 |
| Account No: <br> Creditor # : 24 <br> Chase Bank USA, N.A. <br> Attn:  Bankruptcy Dept <br> 131 S. Dearborn St,  FL 5 <br> Chicago IL 60603 | | W | 2009 <br> Overdraft Account | | | | $ 250.00 |
| Account No:    5121 <br> Creditor # : 25 <br> CitiCard-Sears <br> Attn Bankruptcy Dept <br> 8725 W. Sahara Ave <br> The Lakes NV 89163-0001 | | W | 2006 <br> Credi c | | | | $ 384.00 |
| Account No: <br> Creditor # : 26 <br> Citizens Utilities <br> Attn:   Bankruptcy Dept <br> 100 International Pkay <br> Woodridge IL 60517 | | W | 2003 <br> Notice | | | | $ 0.00 |
| Account No: <br> Creditor # : 27 <br> City of Aurora <br> Dept Motor Vehicle Parking Sys <br> 5 E Downer Place, Ste F <br> Aurora IL 60507 | | | 2004-2010 <br> Parking Violations | | | | $ 60.00 |
| Account No:    9832 <br> Creditor # : 28 <br> CMI Group LP <br> RE:   Comcast <br> 4200 International Pkwy <br> Carrollton TX 75007-1912 | | H | 2010 <br> Collection | | | | $ 0.00 |

Sheet No.   4   of   22   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 969.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_ ,          Case No. _____

**Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   702<br>Creditor # : 29<br>Collection Company of America<br>Acct: Affirmative Insurance<br>700 Longwater Dr<br>Norwell MA 02061 | | W | 2004<br>Collection<br>Collection on Affirmative Insurance | | | | $ 45.00 |
| Account No:<br>Creditor # : 30<br>Collections Co<br>Acct: Village of Lemont<br>3601 Algonquin Rd<br>Rolling Meadows IL 60008-3415 | | W | 2003<br>Collection | | | | $ 200.00 |
| Account No:   0280<br>Creditor # : 31<br>Comcast<br>Attn:  Bankruptcy Dept<br>1711 E. Wilson St<br>Batavia IL 60510-1470 | | | 2004-2010<br>Cable Television | | | | $ 154.00 |
| Account No:<br>Creditor # : 32<br>Commonwealth Edison<br>Attn Bankruptcy Dept<br>2100 Swift Rd<br>Oak Brook IL 60523 | | H | 2008<br>Notice | | | | $ 0.00 |
| Account No:<br>Creditor # : 33<br>Commonwealth Edison<br>Attn Bankruptcy Dept<br>2100 Swift Rd<br>Oak Brook IL 60523 | | W | 2003<br>Utility Bills | | | | $ 500.00 |
| Account No:   9010<br>Creditor # : 34<br>Commonwealth Edison<br>Attn:  Bankruptcy Dept<br>2100 Swift Drive<br>Oak Brook IL 60523-9644 | | | 2004-2010<br>Utility Bills | | | | $ 255.00 |

Sheet No.   5   of   22   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 1,154.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_____ ,     Case No. _____
        **Debtor(s)**                                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 35<br>Commonwealth Edison<br>Attn: Bankruptcy Dept<br>2100 Swift Drive<br>Oak Brook IL 60523-9644 | | W | 2004-09<br>Utility Bills | | | | $ 1,000.00 |
| Account No:   7323<br>Creditor # : 36<br>Consumer Adjustment Co<br>Acct: CHI Capital Group<br>12865 Tesson Ferry Rd<br>Saint Louis MO 63128 | | W | 2009<br>Collection | | | | $ 604.00 |
| Account No:   8772<br>Creditor # : 37<br>Credit Bureau Collection<br>Acct US Cellular<br>10340 DEmocracy Ln #100<br>Fairfax VA 22030 | | W | 2010<br>Collection | | | | $ 375.00 |
| Account No:   4227<br>Creditor # : 38<br>Credit Collection Services<br>RE: US Cellular<br>Two Wells Avenue<br>Newton Center MA 02459 | | | 2004-2010<br>Collection | | | | $ 1,392.00 |
| Account No:   8869<br>Creditor # : 39<br>Credit Management<br>RE: Comcast<br>4200 International Pkwy<br>Carrollton TX 75007 | | W | 2008<br>Collection | | | | $ 714.00 |
| Account No:<br>Creditor # : 40<br>Credit Protection Assoc<br>RE: Comcast<br>13355 Noel Rd, Suite 2100<br>Dallas TX 75240 | | W | 2002<br>Collection | | | | $ 500.00 |

Sheet No.   6   of   22   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $           $ 4,585.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_                    ,        Case No. _____
                    **Debtor(s)**                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8409<br>Creditor # : 41<br>Cybrcollect<br>Acct: Dominos<br>PO Box 1145<br>La Crosse WI 54601 | | H | 2010<br>Collection | | | | $ 78.00 |
| Account No:   2839<br>Creditor # : 42<br>Cybrcollect Inc<br>Acct:<br>2350 South Ave<br>La Crosse WI 54601 | | W | 2009<br>Collection<br>Collection on Dominos Pizza | | | | $ 67.00 |
| Account No:   4064<br>Creditor # : 43<br>Department of Veterans Affairs<br>Attn:  Collections<br>PO BOX  530269<br>Atlanta GA 30353-0269 | | | 2004-2010<br>Medical Bills | | | | $ 143.00 |
| Account No:   0393<br>Creditor # : 44<br>Diversified Services Group<br>Acct: Rush Copley Med Ctr<br>PO Box 80185<br>Phoenix AZ 85060 | | H | 2010<br>Collection | | | | $ 246.00 |
| Account No:<br>Creditor # : 45<br>Dominicks Food Stores<br>Attn Collection Dept<br>505 Railroad<br>Northlake IL 60164 | | W | 2009<br>Unsecured | | | | $ 500.00 |
| Account No:<br>Creditor # : 46<br>Dr. Tehmig Liang<br>454 W. Boughton RD<br>Bolingbrook IL 60440-1378 | | W | 2002<br>Medical Bills | | | | $ 200.00 |

Sheet No.   7   of   22   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 1,234.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_ ,    Case No. _____
　　　　　　　　**Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 47*<br>*Dr. William Mollohan*<br>*Attn: Patient Accts*<br>*535 Fairway Dr  #107*<br>*Naperville IL 60563* | | W | *2009*<br>*Medical Bills* | | | | *$ 460.00* |
| Account No:<br>*Creditor # : 48*<br>*Drs. Benjamin & Patino*<br>*408 S. Main St*<br>*Naperville IL 60540* | | W | *2003*<br>*Medical Bills* | | | | *$ 300.00* |
| Account No:    *4643*<br>*Creditor # : 49*<br>*DuPage County States Attorney*<br>*Attn: Check Restituition*<br>*503 N. County Farm Rd*<br>*Wheaton IL 60187* | | | *2004-2010*<br>*Court Fees* | | | | *$ 252.00* |
| Account No:    *4008*<br>*Creditor # : 50*<br>*DuPage Employee Credit Union*<br>*Attn:  Bankruptcy Dept*<br>*421 N. County Farm Rd*<br>*Wheaton IL 60187* | | H | *2007*<br>*Loan* | | | | *$ 3,903.00* |
| Account No:    *191E*<br>*Creditor # : 51*<br>*DuPage Urology*<br>*Attn:  Patient Accts*<br>*1259 Rickert Dr,  #200*<br>*Naperville IL 60540-8904* | | | *2004-2010*<br>*Medical Bills* | | | | *$ 95.00* |
| Account No:    *0748*<br>*Creditor # : 52*<br>*Emergency Healthcare Phys*<br>*Attn:  Patient Accts*<br>*649 Executive Dr*<br>*Willowbrook IL 60527-5603* | | | *2004-2010*<br>*Medical Bills* | | | | *$ 202.00* |

Sheet No.  _8_  of  _22_ continuation sheets attached to Schedule of    **Subtotal $**    | *$ 5,212.00*
Creditors Holding Unsecured Nonpriority Claims    **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_____,   Case No. _____
   **Debtor(s)**   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6419 Creditor # : 53 Enhanced Recovery Corp RE:  US Cellular 8014 Bayberry Rd Jacksonville FL 32256 | | H | 2010 Collection | | | | $ 842.00 |
| Account No:   2689 Creditor # : 54 Enhanced Recovery Corp Acct: T Mobile 10550 Deerwood Park Blvd Jacksonville FL 32256 | | W | 2005 Collection Collection on T- Mobile | | | | $ 818.00 |
| Account No:   1708 Creditor # : 55 Enhanced Recovery Corp RE:  AT&T Corp 8014 Bayberry Rd Jacksonville FL 32256 | | H | 2010 Collection | | | | $ 686.00 |
| Account No: Creditor # : 56 Equifax Check services Acct: Bankruptcy Dept PO Box 30272 Tampa  FL 33630-3272 | | W | 2002 Notice to Collector | | | | $ 0.00 |
| Account No: Creditor # : 57 First National Bank Joliet 801 Essington RD Joliet IL 60435 | | W | 2002 Unsecured | | | | $ 200.00 |
| Account No: Creditor # : 58 First National Bank of Marin Attn: Bankruptcy Dept PO Box 80015 Los Angeles CA 90080-0015 | | W | 2002 Credit Account | | | | $ 1,000.00 |

Sheet No. _9_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 3,546.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_    ,    Case No. _____
                    **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    5178<br>Creditor # : 59<br>First Premier Bank<br>Attn:   Bankruptcy Dept<br>3820 N. Loiuse Ave<br>Sioux Falls SD 57101-0145 | | W | 2007<br>Credi c | | | | $ 383.00 |
| Account No:    1222<br>Creditor # : 60<br>Flagstar Bank<br>Attn:   Bankruptcy Dept<br>5151 Corporate Drive<br>Troy MI 48098-2639 | | | 2004-2010<br>Former Mortgage Holder<br>Property foreclosed | | | | $ 0.00 |
| Account No:<br>Creditor # : 61<br>Goldman & Co<br>Harmon Cove Tower 1 #AL13<br>Secaucus NJ 07094 | | W | 2003<br>Notice | | | | $ 0.00 |
| Account No:<br>Creditor # : 62<br>Grove Dental<br>Attn Patient Accts<br>406 W. Boughton RD    #B<br>Bolingbrook IL 60440 | | W | 2002<br>Medical Bills | | | | $ 500.00 |
| Account No:    412<br>Creditor # : 63<br>H & R Accounts<br>Acct: Von Maur Store<br>7017 John Deeer Pkwy<br>Moline IL 61265-0672 | | W | 2009<br>Collection<br>Collection on Von Maur | | | | $ 179.00 |
| Account No:    1213<br>Creditor # : 64<br>Harvard Collection<br>Acct: Sprint<br>4839 N. Elston Ave<br>Chicago IL 60630 | | W | 2009<br>Collection<br>Collection on Sprint | | | | $ 330.00 |

Sheet No. _10_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 1,392.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_ ,        Case No. _____
         **Debtor(s)**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6410<br>Creditor # : 65<br>Helzberg Jewelry<br>Attn:  Bankruptcy Dept<br>PO BOX  15521<br>Wilmington DE 19850-5521 | | | 2004-2010<br>Credit Card Purchases | | | | $ 2,807.00 |
| Account No:<br>Creditor # : 66<br>Home Depot Credit<br>Attn Bankruptcy Dept<br>PO Box 103047<br>Roswell GA 30076 | | W | 2002<br>Credit Account | | | | $ 500.00 |
| Account No:<br>Creditor # : 67<br>Home Financial Services<br>Acct: Hinkley & Schmitt<br>541 N. Fairbanks<br>Chicago IL 60611-4644 | | W | 2003<br>Unsecured | | | | $ 500.00 |
| Account No:   6410<br>Creditor # : 68<br>HSBC Retail Services<br>Attn:  Bankruptcy Dept<br>PO BOX  5244<br>Carol Stream IL 60197-5244 | | | 2004-2010<br>Notice to Other Location | | | | $ 0.00 |
| Account No:   9026<br>Creditor # : 69<br>HSBC Taxpayer Financial Ser<br>Attn:  Bankruptcy Dept<br>90 Christiana Rd<br>New Castle DE 19720 | | | 2004-2010<br>Loan | | | | $ 672.00 |
| Account No:   4001<br>Creditor # : 70<br>I.C. Systems<br>RE: Colortyme Rent<br>PO Box 64437<br>St. Paul MN 55164-0437 | | H | 2009<br>Unsecured | | | | $ 1,394.00 |

Sheet No. _11_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                          Subtotal $        $ 5,873.00
                                                          Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_                              ,      Case No. _____
    **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4365<br>Creditor # : 71<br>KCA Financial<br>Acct: City of Wheaton<br>PO Box 53<br>Geneva IL 60134 | | H | 2007<br>Collection | | | | $ 100.00 |
| Account No:<br>Creditor # : 72<br>Kenneth D. Williams<br>Attn:  Collections<br>2421 W 75th Street<br>Woodridge IL 60517 | | | 2010<br>Tax preparation | | | | $ 114.00 |
| Account No:<br>Creditor # : 73<br>Kenneth Williams Accounting Sv<br>2421 W. 75th St<br>Woodridge IL 60517 | | H | 2009<br>Unsecured | | | | $ 114.00 |
| Account No:<br>Creditor # : 74<br>Lampheres<br>Attn: Collections<br>15 S. Lake Street<br>Aurora IL 60506 | | W | 2008<br>Credi c | | | | $ 1,088.00 |
| Account No:<br>Creditor # : 75<br>Law Office Heller & Frisone<br>Acct: Jewel Osco<br>33 N. LaSalle St  #300<br>Chicago IL 60603-1203 | | W | 2002<br>Collection | | | | $ 300.00 |
| Account No:<br>Creditor # : 76<br>Law Office Mark Striepling<br>Acct: MCI<br>205 N. Michigan Ave #2500<br>Chicago IL 60601 | | W | 2003<br>Collection | | | | $ 0.00 |

Sheet No. _12_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 1,716.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_                    ,        Case No. _____
                                **Debtor(s)**                                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 77<br>Law Office of Alonzo Zahour<br>101 Royce Ct<br>Bolingbrook IL 60440 | | W | 2002<br>Notice | | | | $ 0.00 |
| Account No:<br>Creditor # : 78<br>Law Office of Mages & Price<br>RE:  1000 S Lorraine Condo<br>707 Lake Cook Rd,  #314<br>Deerfield IL 60015 | | | 2008<br>Judgement<br>DuPage Case No 08 SC 000480   Former Condo Assc | | | | $ 3,994.00 |
| Account No:<br>Creditor # : 79<br>Law Office of Pierce & Assoc.<br>Acct: Bankrupt Dpt<br>1 N. Dearborn St.  #1300<br>Chicago IL 60602 | | W | 2006<br>Notice  to Attorney<br>DuPage Foreclosure 08CH1156 | | | | $ 0.00 |
| Account No:<br>Creditor # : 80<br>Law Office of Walinski & Assoc<br>Acct: DuPage Credit Union<br>25 E. Washington St #1221<br>Chicago IL 60602 | | H | 2008<br>Collection<br>DuPage Case 08SR 82 | | | | $ 0.00 |
| Account No:<br>Creditor # : 81<br>Law Office of Walinski & Assc<br>RE:  DuPage Credit Union<br>25 E Washington #1221<br>Chicago IL 60602 | | | 2008<br>Notice<br>DuPage Case No 06 SR 388 | | | | $ 0.00 |
| Account No:   2942<br>Creditor # : 82<br>LVNV Funding<br>Acct:Citibank-Sears<br>PO BOX  10584<br>Greenville SC 29603-- | | H | 2010<br>Collection | | | | $ 831.00 |

Sheet No. _13_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 4,825.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_____ ,   Case No._____
**Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 83<br>Marshalls Stores<br>Attn: Collection Dept<br>1220 75th St  #-A<br>Downers Grove IL 60515 | | W | 2008-09<br>Unsecured | | | | $ 150.00 |
| Account No:<br>Creditor # : 84<br>Martell Management<br>Acct: Meijer<br>PO Box 490<br>Columbus OH 43216-0490 | | W | 2002<br>Collection | | | | $ 100.00 |
| Account No:<br>Creditor # : 85<br>MCI<br>Attn:  Bankruptcy Dept<br>500 Technology Dr  #300<br>Weldon Springs MO 63304 | | H | 2009<br>Unsecured | | | | $ 347.00 |
| Account No:    4296<br>Creditor # : 86<br>Medical Business Bureau<br>RE:  Rush-Copley Med Ctr<br>PO Box 1219<br>Park Ridge IL 60068-7219 | | | 2004-2010<br>Collection on Medical Bills | | | | $ 246.00 |
| Account No:    0749<br>Creditor # : 87<br>Medical Collections System<br>RE:  Emergency Treatment SC<br>725 S. Wells Ave, #500<br>Chicago IL 60607 | | | 2004-2010<br>Collection on Medical Bills | | | | $ 225.00 |
| Account No:    8092<br>Creditor # : 88<br>Merchanst Credit Guide<br>Acct: Ulta Salon<br>223 W. Jackson Blvd  #900<br>Chicago IL 60606 | | W | 2009<br>Collection<br>Collection on Ulta Salon | | | | $ 400.00 |

Sheet No.  14  of  22  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    |  $ 1,468.00
Total $    |
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_                    ,        Case No. _____
        **Debtor(s)**                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1039<br>Creditor # : 89<br>Merchant Credit Guide<br>Acct: Adventist Hinsdale Hsp<br>223 W. Jackson Blvd #900<br>Chicago IL 60606 | | H | 2010<br>Collection | | | | $ 233.00 |
| Account No:   2865<br>Creditor # : 90<br>Midland Credit Management<br>Acct: Aspire Visa<br>8875 Aero Dr<br>San Diego CA 92123 | | H | 2010<br>Collection | | | | $ 0.00 |
| Account No:<br>Creditor # : 91<br>National City Bank<br>Attn:  Recovery Dept<br>1001 S. Washington St<br>Naperville IL 60563 | | W | 2009<br>Overdraft Account | | | | $ 350.00 |
| Account No:   2900<br>Creditor # : 92<br>National City Bank<br>Attn:   Bankruptcy Dept<br>PO BOX  3038<br>Kalamazoo MI 49003-3038 | | | 2004-2010<br>Overdraft Account | | | | $ 0.00 |
| Account No:   9407<br>Creditor # : 93<br>NCO Financial Service<br>RE:  SBC<br>PO Box 41448<br>Philadelphia PA 19101 | | H | 2010<br>Collection | | | | $ 0.00 |
| Account No:   1041<br>Creditor # : 94<br>NCO Financial Systems Inc.<br>RE: Bank of America<br>507 Prudential Road<br>Horsham PA 19044 | | W | 2007<br>Collection<br>Collectio on Bank of America | | | | $ 71.00 |

Sheet No. __15__ of __22__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                              $ 654.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_____ ,   Case No. _____
**Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1487<br>Creditor # : 95<br>NCO Financial Systems Inc.<br>RE: Edward Women Med Ctr<br>606 W. Edison Rd   #-K<br>Mishawaka IN 46545-8823 | | W | 2006<br>Collection<br>Collection on Ewards Women Health | | | | $ 134.00 |
| Account No:   2905<br>Creditor # : 96<br>NCO Financial Systems Inc.<br>RE: DirecTV<br>PO Box 15391<br>Wilmington DE 19850 | | W | 2009<br>Collection<br>Collection on Direc TV | | | | $ 225.00 |
| Account No:   4534<br>Creditor # : 97<br>NCO Financial Systems Inc.<br>RE:  Capital One<br>PO Box 41448<br>Philadelphia PA 19101 | | H | 2010<br>Collection | | | | $ 0.00 |
| Account No:<br>Creditor # : 98<br>NICOR Gas<br>Attn: Bankruptcy Dept<br>1844 W. Ferry Road<br>Naperville IL 60563-9662 | | W | 2002<br>Utility Bills | | | | $ 500.00 |
| Account No:<br>Creditor # : 99<br>NICOR Gas<br>Attn: Bankruptcy Dept<br>1844 W. Ferry Road<br>Naperville IL 60563-9662 | | W | 2004-09<br>Utility Bills | | | | $ 1,000.00 |
| Account No:   0117<br>Creditor # : 100<br>Nicor Gas<br>Attn Bankruptcy Dept<br>PO Box 549<br>Aurora IL 60507-0000 | | H | 2009<br>Utility Bills<br>Acct: 5443340117 | | | | $ 635.00 |

Sheet No. _16_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,494.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_                    ,    Case No. _____
                    **Debtor(s)**                                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0117<br>Creditor # : 101<br>Nicor Gas<br>Attn Bankruptcy Dept<br>PO Box 0632<br>Aurora IL 60507-0632 | | H | 2009<br>Notice to Other Location<br>Acct: 5443340117 | | | | $ 0.00 |
| Account No:<br>Creditor # : 102<br>Oberweis Dairy<br>Attn Collection Dept<br>1018 S. York Rd  #20<br>Elmhurst IL 60126 | | W | 2009<br>Unsecured | | | | $ 700.00 |
| Account No:    2369<br>Creditor # : 103<br>Pentagroup Financial<br>Acct: Sprint<br>5959 Corporate Dr  #1400<br>Houston TX 77036 | | H | 2010<br>Collection | | | | $ 0.00 |
| Account No:    5811<br>Creditor # : 104<br>Pentagroup Financial, LLC<br>RE:  Sprint<br>5959 Corporate Drive, #1400<br>Houston TX 77036-2308 | | | 2004-2010<br>Collection | | | | $ 411.00 |
| Account No:    0258<br>Creditor # : 105<br>Professional Account Mgmt<br>Acct: TCF Bank<br>633 W. Wisconsin Ave<br>Milwaukee WI 53203 | | W | 2009<br>Collection<br>Collection on TCF Bank | | | | $ 76.00 |
| Account No:    7583<br>Creditor # : 106<br>Quest Diagnostic<br>Attn:  Patient Billing<br>1355 Mittel Blvd<br>Wood Dale IL 60191-1024 | | | 2004-2010<br>Medical Bills | | | | $ 37.00 |

Sheet No. _17_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 1,224.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_____ ,        Case No._____
  **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 5116<br>Creditor # : 107<br>Receivable Management Inc<br>RE: City of Bellwood<br>3348 Ridge Raod<br>Lansing IL 60438 | | H | 2010<br>Collection | | | | $ 200.00 |
| Account No:<br>Creditor # : 108<br>Rice & Smith LTD<br>Attn: Collections<br>301 S county Farm Rd, #A<br>Wheaton IL 60187 | | | 2004-2010<br>Collection | | | | $ 383.00 |
| Account No: 1829<br>Creditor # : 109<br>RMA<br>RE: DirecTV<br>2675 Breckinridge Blvd<br>Duluth GA 30096-4971 | | W | 2007<br>Collection<br>Collection on DirecTV | | | | $ 225.00 |
| Account No:<br>Creditor # : 110<br>SALLIE MAE<br>Attn: Bankruptcy Dept<br>1002 Arthur Dr<br>Lynn Haven FL 32444 | | W | 2003<br>Student Loan | | | | $ 4,200.00 |
| Account No: 9099<br>Creditor # : 111<br>SBC<br>Attn: Bankruptcy Dept<br>6063 SBC Dr<br>Chicago IL 60663-0001 | | | 2004-2010<br>Telephone | | | | $ 250.00 |
| Account No:<br>Creditor # : 112<br>Schwan Foods<br>Attn: Collection Dept<br>115 West Collge Dr<br>Marshall MN 56258 | | W | 2008-09<br>Unsecured | | | | $ 450.00 |

Sheet No. _18_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 5,708.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_                    ,        Case No. _____
                          **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    5116<br>Creditor # : 113<br>Sears/CBSD<br>Attn:  Bankruptcy Dept<br>PO Box 6241<br>Sioux Falls SD 57117 | H | | 2008<br>Notice | | | | $ 0.00 |
| Account No:    5692<br>Creditor # : 114<br>Serpico, Novelle, Petrosino &<br>Attn:  Collections<br>1127 S Mannheimn Rd,  #308<br>Westchester IL 60154-7187 | | | 2004-2010<br>Legal Fees | | | | $ 2,500.00 |
| Account No:<br>Creditor # : 115<br>Sprint<br>PO BOX  6419<br>Carol Stream IL 60197-6419 | W | | 2002<br>Notice | | | | $ 0.00 |
| Account No:    9859<br>Creditor # : 116<br>State Collection Service<br>Acct: Emergency Healthcare<br>PO Box 6250<br>Madison WI 53701 | H | | 2010<br>Collection | | | | $ 233.00 |
| Account No:    2942<br>Creditor # : 117<br>Tate & Kirlin Associates<br>RE:  LVNV (Sears)<br>2810 Southamption Road<br>Philadelphia PA 19134 | | | 2004-2010<br>Collection | | | | $ 741.00 |
| Account No:<br>Creditor # : 118<br>TCF Bank<br>Attn Collection Dept<br>800 Burr Ridge Parkway<br>Hinsdale IL 60521 | W | | 2002<br>Unsecured | | | | $ 200.00 |

Sheet No.  19  of    22  continuation sheets attached to Schedule of          Subtotal $          $ 3,674.00
Creditors Holding Unsecured Nonpriority Claims                                      Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_____ ,   Case No. _____
　　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 119 <br> Teletrack Co <br> RE:  Aarons Sale <br> 155 Technology Pkwy #800 <br> Norcross GA 30092-2962 | | W | 2003 <br> Notice to Collector | | | | $ 0.00 |
| Account No:    5042 <br> Creditor # : 120 <br> T-Mobile <br> Attn:   Collection Dept <br> PO Box 742596 <br> Cincinnati OH 45374-2596 | | | 2004-2010 <br> Cellular Telephone | | | | $ 195.00 |
| Account No: <br> Creditor # : 121 <br> TRS Home Furnishing <br> Attn: Collection Dept <br> 1000 N. Rohlwing Rd #46 <br> Lombard IL 60148 | | W | 2009 <br> Credi c | | | | $ 2,440.00 |
| Account No:    2892 <br> Creditor # : 122 <br> TRS Home Furnishing <br> Attn: Collection Dept <br> 1000 N. Rohlwing Rd #46 <br> Lombard IL 60148 | | W | 2009 <br> Credit Account | | | | $ 1,140.00 |
| Account No:    2009 <br> Creditor # : 123 <br> UCB Collections <br> RE:   Meijer <br> 5620 Southwyck Blvd <br> Toledo OH 43614-1539 | | H | 2010 <br> Collection | | | | $ 77.00 |
| Account No: <br> Creditor # : 124 <br> Ultra Store | | W | 2008-09 <br> Unsecured | | | | $ 650.00 |

Sheet No.  **20**  of  **22** continuation sheets attached to Schedule of                               Subtotal $ | $ 4,502.00
Creditors Holding Unsecured Nonpriority Claims                                                                  Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_ ,   Case No. _____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 125<br>US Bank<br>Attn:  Recovery Dept<br>225 N. Weber Rd<br>Bolingbrook IL 60490 | | W | 2009<br>Overdraft Account | | | | $ 750.00 |
| Account No:   5769<br>Creditor # : 126<br>V.R. Kuchipudi MD, SC<br>Attn:  Patient Accts<br>1730 Park St,  #101<br>Naperville IL 60563 | | | 2004-2010<br>Medical Bills | | | | $ 205.00 |
| Account No:   7434<br>Creditor # : 127<br>Verizon Wireless-MCI<br>Attn Bankruptcy Dept<br>500 Technology Dr #300<br>Weldon Springs MO 63304 | | H | 2010<br>Phone | | | | $ 347.00 |
| Account No:   5618<br>Creditor # : 128<br>Viking Collection Service Inc.<br>RE:  Capital One<br>7500 Office Ridge Circle<br>Eden Prairie MN 55344-3678 | | | 2004-2010<br>Collection | | | | $ 988.00 |
| Account No:<br>Creditor # : 129<br>Von Maur Store<br>Attn Bankruptcy Dept<br>6565 Brady St<br>Davenport  IA. 52086-2054 | | J | 2008-09<br>Unsecured | | | | $ 675.00 |
| Account No:<br>Creditor # : 130<br>Wal Mart<br>Attn Bankruptcy Dept<br>PO Box 103042<br>Roswell GA 30076 | | W | 2002<br>Credit Account | | | | $ 1,000.00 |

Sheet No. _21_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 3,965.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Jeffrey Herring and Delondra Bullock-Herring_ ,   Case No. _____
　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 131<br>Walgreens Store<br>Attn Collection Dept<br>22215 Network Place<br>Chicago IL 60673-1222 | | W | 20032<br>Unsecured | | | | $ 200.00 |
| Account No: 2480<br>Creditor # : 132<br>Will County State Attorney<br>RE: Bad Check Program<br>PO Box 800<br>Joliet IL 60434-0800 | | W | 2009<br>Unsecured<br>Case 34392480 | | | | $ 418.00 |
| Account No: 0000<br>Creditor # : 133<br>Will County States Attorney<br>Bad Check Restitution Program<br>PO BOX  800<br>Joliet IL 60434-0800 | | H | 2004-2010<br>Collection | | | | $ 693.00 |
| Account No:<br>Creditor # : 134<br>Worldwide Wireless<br>PO Box 9367<br>Garden City NY 11530 | | W | 2002<br>Credit Account | | | | $ 500.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. 22 of 22 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 1,811.00
Total $ | $ 91,760.00

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

In re <u>*Jeffrey Herring and Delondra Bullock-Herring*</u>        / Debtor        Case No. _____

                                                                                        (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

In re *Jeffrey Herring and Delondra Bullock-Herring* _____ / Debtor        Case No. _____
(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re *Jeffrey Herring and Delondra Bullock-Herring* , Case No. _____
                    **Debtor(s)**                                          **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): | AGE(S): |
| | *son* | *19yr* |
| | *daughter* | *19* |
| | *son* | *3yr* |
| | *daughter* | *17yr* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Security Officer* | *Not Working* |
| Name of Employer | *Valley View School District* | |
| How Long Employed | *3 yrs* | |
| Address of Employer | *755 Luther Dr* *Romeoville IL* | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ *2,600.00* | $ *0.00* |
| 2. Estimate monthly overtime | $ *0.00* | $ *0.00* |
| 3. SUBTOTAL | $ *2,600.00* | $ *0.00* |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and social security | $ *335.83* | $ *0.00* |
|   b. Insurance | $ *435.50* | $ *0.00* |
|   c. Union dues | $ *0.00* | $ *0.00* |
|   d. Other (Specify): *pension* | $ *97.50* | $ *0.00* |
|     *Child Support* | $ *173.33* | $ *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ *1,042.17* | $ *0.00* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ *1,557.83* | $ *0.00* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ *0.00* | $ *0.00* |
| 8. Income from real property | $ *0.00* | $ *0.00* |
| 9. Interest and dividends | $ *0.00* | $ *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ *400.00* |
| 11. Social security or government assistance (Specify): | $ *0.00* | $ *0.00* |
| 12. Pension or retirement income | $ *0.00* | $ *0.00* |
| 13. Other monthly income (Specify): *Child Support* | $ *0.00* | $ *400.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ *0.00* | $ *800.00* |
| 15. AVERAGE MONTHLY INCOME  (Add amounts shown on lines 6 and 14) | $ *1,557.83* | $ *800.00* |
| 16. COMBINED AVERAGE MONTHLY INCOME:  (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ *2,357.83* | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re _Jeffrey Herring and Delondra Bullock-Herring_____ ,    **Case No.** _____
                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 500.00 |
|    a. Are real estate taxes included?    Yes ☐  No ☒ | | |
|    b. Is property insurance included?    Yes ☐  No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 100.00 |
|    b. Water and sewer | $ | 0.00 |
|    c. Telephone | $ | 0.00 |
|    d. Other    _Cell Phone_ | $ | 80.00 |
|    Other    _Internet & Cable_ | $ | 50.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 700.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 20.00 |
| 8. Transportation (not including car payments) | $ | 140.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 85.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 0.00 |
|    e. Other  _School expense books activity_ | $ | 20.00 |
|    Other    _Student loan_ | $ | 50.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify)    _Tax Repayment_ | $ | 100.00 |
| 13. Installment payments: (In chapter 11, 12,  and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 345.00 |
|    b. Other: _Auto repair, upkeep & license_ | $ | 50.00 |
|    c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other:  _Personal care items & grooming_ | $ | 30.00 |
|    Other:  _Newspapers, subscription misc_ | $ | 20.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 2,350.00 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 16 of Schedule I | $ | 2,357.83 |
|    b. Average monthly expenses from Line 18 above | $ | 2,350.00 |
|    c. Monthly net income (a. minus b.) | $ | 7.83 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jeffrey Herring and Delondra Bullock-Herring*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $          0.00 | | |
| B-Personal Property | *Yes* | *3* | $     16,400.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $     10,000.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *3* | | $      4,662.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *23* | | $     91,760.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      2,357.83 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $      2,350.00 |
| TOTAL | | *36* | $     16,400.00 | $    106,422.00 | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jeffrey Herring and Delondra Bullock-Herring*                    Case No.

Chapter  **7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *4,662.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *4,200.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *8,862.00* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *2,357.83* |
| Average Expenses (from Schedule J, Line 18) | $ *2,350.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *2,995.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *2,000.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *4,662.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *91,760.00* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *93,760.00* |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re _Jeffrey Herring and Delondra Bullock-Herring_ _____     Case No. _____
_____     (if known)
Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___37___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _____     Signature _/s/ Jeffrey Herring_ _____
_Jeffrey Herring_


Date: _____     Signature _/s/ Delondra Bullock-Herring_ _____
_Delondra Bullock-Herring_

[If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:*Jeffrey Herring*
    *and*
    *Delondra Bullock-Herring*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT

SOURCE

*Year to date:$6,304.87*
   *Last Year:$23,696.00*
*Year before:$11,455.00*

*2010 Wages from employment  Husband*
*2009 Same*
*2008 Same*

*Year to date:$0.00*
   *Last Year:$9,785.00*
*Year before:$16,227.00*

*2010 Wages from employment  Wife*
*2009 Same*
*2008 Same*

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and

a joint petition is not filed.)

## 3. Payments to creditors

None ☒  Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☒  c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *DuPage County Employee Credit Union vs. Jeffrey Herring*<br>*06 SR 388* | *Collection* | *DuPage County Circuit Court* | *Dismissed* |
| *DuPage County Employee Credit Union vs. Jeffrey Herring*<br>*08 SR 82* | *Collection* | *DuPage County Circuit Court* | *Judgment entered & wage deduction issued* |
| *Association Partner Inc vs. Jeffrey Herring*<br>*08 SC 480* | *Collection for former homeowner association* | *DuPage County Circuit Court* | *Judgment* |

Statement of Affairs - Page 2

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Flagstar Bank vs. Jeffrey Herring 06 CH 1156* | *Foreclosure on* | *Circuit Court of DuPage County* | *Judgment entered* |

---

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Association Partners Address: See Creditor Schedule F* | *2010* | *Description: Funds from debtor (Husband) pay check Value:* |

---

**5. Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Flagstar Bank Address: See Creditor Schedule F DuPage County Foreclosure 06 CH 1156* | *2006* | *Description: 1000 S. Lorraine Wheaton IL Debtor (Husband) former residence* |

---

**6. Assignments and receiverships**

None ☒    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Richard S. Bass*<br>*Address:*<br>*2021 Midwest Road*<br>*Oak Brook, IL 60521* | *Date of Payment:*<br>*Payor: Jeffrey Herring* | *$700.00* |

### 10. Other transfers

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

### 11. Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☒

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☒

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses   in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

Statement of Affairs - Page 5

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

☒

None   b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒

None   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

☒

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

☒

## 20. Inventories

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

## 22. Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

## 23. Withdrawals from a partnership or distribution by a corporation

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

## 24. Tax Consolidation Group.

None ☒    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

---

## 25. Pension Funds.

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceeding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature    */s/ Jeffrey Herring* _____
of Debtor

Date _____    Signature    */s/ Delondra Bullock-Herring* _____
of Joint Debtor
(if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jeffrey Herring and Delondra Bullock-Herring*                     Case No.
                                                                          Chapter   7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -**   Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. |
|---|

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☐ Not claimed as exempt

**Part B -**   Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. |
|---|

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes        ☐ No |

## Signature of Debtor(s)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____    Debtor:  */s/ Jeffrey Herring*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Jeffrey Herring and Delondra Bullock-Herring*

Case No.
Chapter   7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -**   Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No.   *1* |
|---|

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Santander Consumer USA* | *2005 Nissan Altima* |

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____    (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

**Part B -**   Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. |
|---|

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes      ☐ No |

## Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____    Debtor:  */s/ Delondra Bullock-Herring*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jeffrey Herring and Delondra Bullock-Herring*

Case No.

Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.  *1*

| Creditor's Name : | Describe Property Securing Debt : |
|---|---|
| *Santander Consumer USA* | *2005 Nissan Altima* |

Property will be (check one) :

☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain  _____  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt      ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes      ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____          Debtor:  */s/ Jeffrey Herring* _____

Date: _____          Joint Debtor:  */s/ Delondra Bullock-Herring* _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jeffrey Herring*
    *and*
*Delondra Bullock-Herring*

Case No.
Chapter **7**

_____ / Debtor

Attorney for Debtor: **Richard S. Bass**

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____*700.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ _____*700.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ _____*0.00*

3.  $ _____*299.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated:                       Respectfully submitted,

              X*/s/ Richard S. Bass* _____

Attorney for Petitioner: *Richard S. Bass*
                             *Law Office of Richard S. Bass, LTD.*
                             *2021 Midwest Road*
                             *Oak Brook IL  60521*

                             *630-953-8655*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Jeffrey Herring*
    *and*
    *Delondra Bullock-Herring*

Case No.

Chapter **7**

_____ / Debtor

Attorney for Debtor:  **Richard S. Bass**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____

*/s/ Jeffrey Herring* _____

Debtor

*/s/ Delondra Bullock-Herring* _____

Joint Debtor

Aarons Sales
1418 W. Jefferson St
Joliet, IL  60435-6702

AIS Services LLC
Acct: NCO Financial
50 California St
San Francisco, CA  94111

American Bank & Trust
Attn:  Bankruptcy Dept
1600 4th Ave
Rock Island, IL  61201

American General Financial Ser
Attn:  Bankruptcy Dept
219 W Saint Charles Rd
Villa Park, IL  60181-2402

American Sales Water Co
Attn; Collections
352 Commons Dr
Bolingbrook, IL  60440

Americredir Financial
Attn Bankruptcy Dept
PO Box 183853
Arlington, TX  76096-3853

Ameritech
Attn:  Law Dept.
225 W. Randolph St.  #27A
Chicago, IL  60606

Arrow Financial Service
Acct: Household Bank
5996 W. Touhy
Niles, IL  60714-4610

Arrow Financial Service
Acct: Premier Bank Card
5996 W. Touhy
Niles, IL  60714-4610

Aspire Visa
Attn:   Bankruptcy Dept
PO Box 23007
Columbus, GA  31902-3007

AT&T
PO BOX  8212
Aurora, IL  60572-8212

ATG Credit
Acct:  Naperville Radiologist
PO Box 14895
Chicago, IL  60614-4895

Beneficial National Bank
Attn:  Bankruptcy Dept
200 Somerset Corp
Bridgewater, NJ  08807

Blatt Hasenmiller Leibsker et
RE:  Midland (Aspire)
125 S. Wacker Dr  #400
Chicago, IL  60606-4440

BOSE Corporation
Attn: Collection Dept
The Mountain
Framingham, MA  01701-9168

Capital One
Attn:  Bankruptcy Dept
P.O. BOX  30281
Salt Lake City, UT  84130-0281

CarMax Auto Finance
Attn:  Bankruptcy Dept
PO BOX  Box  440609
Kennesaw, GA  30160

CBCS
RE:  US Cellular
PO BOX  163250
Columbus, OH  43216

CBCS Collection
Acct: US Cellular
236 East Towne St
Columbus, OH  43215-000

CBE Group
Acct: Commonwealth Edison
PO Box 900
Waterloo, IA  50704.

Central DuPage Hospital
Attn:  Patient Accounts
25 N. Winfield Road
Winfield, IL  60190-1295

Certegy Pymt Recovery Services
Acct: TJ Maxx
PO BOX  30046
Tampa, FL  33630

Charter One Bank
Attn: Collection Dept
127th St & Route 59
Plainfield, IL  60544

Chase Bank USA, N.A.
Attn:  Bankruptcy Dept
131 S. Dearborn St,  FL 5
Chicago, IL  60603

CitiCapital Senses
Attn Bankruptcy Dept
8725 W. Sahara Ave
The Lakes, NV  89163-0001

Citizens Utilities
Attn:   Bankruptcy Dept
100 International Pkay
Woodridge, IL  60517

City of Aurora
Dept Motor Vehicle Parking Sys
5 E Downer Place, Ste F
Aurora, IL  60507

CMI Group LP
RE:  Comcast
4200 International Pkwy
Carrollton, TX  75007-1912

Collection Company of America
Acct: Affirmative Insurance
700 Longwater Dr
Norwell, MA  02061

Collections Co
Acct: Village of Lemont
3601 Algonquin Rd
Rolling Meadows, IL  60008-3415

Comcast
Attn:  Bankruptcy Dept
1711 E. Wilson St
Batavia, IL  60510-1470

Commonwealth Edison
Attn Bankruptcy Dept
2100 Swift Rd
Oak Brook, IL  60523

Commonwealth Edison
Attn:  Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL  60523-9644

Consumer Adjustment Co
Acct: CHI Capital Group
12865 Tesson Ferry Rd
Saint Louis, MO  63128

Credit Bureau Collection
Acct US Cellular
10340 DEmocracy Ln #100
Fairfax, VA  22030

Credit Collection Services
RE:  US Cellular
Two Wells Avenue
Newton Center, MA  02459

Credit Management

RE:  Comcast
4200 International Pkwy
Carrollton, TX  75007

Credit Protection Assoc
RE:  Comcast
13355 Noel Rd, Suite 2100
Dallas, TX  75240

Cybrcollect
Acct: Dominos
PO Box 1145
La Crosse, WI  54601

Cybrcollect Inc
Acct:
2350 South Ave
La Crosse, WI  54601

Department of Veterans Affairs
Attn:  Collections
PO BOX  530269
Atlanta, GA  30353-0269

Diversified Services Group
Acct: Rush Copley Med Ctr
PO Box 80185
Phoenix, AZ  85060

Dominicks Food Stores
Attn Collection Dept
505 Railroad
Northlake, IL  60164

Dr. Tehmig Liang
454 W. Boughton RD
Bolingbrook, IL  60440-1378

Dr. William Mollohan
Attn: Patient Accts
535 Fairway Dr  #107
Naperville, IL  60563

Drs. Benjamin & Patino
408 S. Main St
Naperville, IL  60540

DuPage County States Attorney
Attn: Check Restituition
503 N. County Farm Rd
Wheaton, IL  60187

DuPage Employee Credit Union
Attn:  Bankruptcy Dept
421 N. County Farm Rd
Wheaton, IL  60187

DuPage Orthopedic
Attn:  Patient Accts
1259 Rickert Dr,  #200
Naperville, IL  60540-8904

Emergency Healthcare Phys
Attn:  Patient Accts
649 Executive Dr
Willowbrook, IL  60527-5603

Enhanced Recovery Corp
Acct: T Mobile
10550 Deerwood Park Blvd
Jacksonville, FL  32256

Enhanced Recovery Corp
RE:  US Cellular
8014 Bayberry Rd
Jacksonville, FL  32256

Enhanced Recovery Corp
RE:  AT&T Corp
8014 Bayberry Rd
Jacksonville, FL  32256

Equifax Check services
Acct: Bankruptcy Dept
PO Box 30272
Tampa , FL  33630-3272

First National Bank Joliet
801 Essington RD
Joliet, IL  60435

First National Bank of Marin
Attn: Bankruptcy Dept
PO Box 80015
Los Angeles, CA  90080-0015

First Premier Bank
Attn:   Bankruptcy Dept
3820 N. Loiuse Ave
Sioux Falls, SD  57101-0145

Flagstar Bank
Attn:   Bankruptcy Dept
5151 Corporate Drive
Troy, MI  48098-2639

Goldman & Co
Harmon Cove Tower 1 #AL13
Secaucus, NJ  07094

Grove Dental
Attn Patient Accts
406 W. Boughton RD    #B
Bolingbrook, IL  60440

Acct: Von Maur Store
7017 John Deeer Pkwy
Moline, IL  61265-0672

Harvard Collection
Acct: Sprint
4839 N. Elston Ave
Chicago, IL  60630

Helzberg Jewelry
Attn:  Bankruptcy Dept
PO BOX  15521
Wilmington, DE  19850-5521

Home Depot Credit
Attn Bankruptcy Dept
PO Box 103047
Roswell, GA  30076

Home Financial Services
Acct: Hinkley & Schmitt
541 N. Fairbanks
Chicago, IL  60611-4644

HSBC Retail Services
Attn:  Bankruptcy Dept
PO BOX  5244
Carol Stream, IL  60197-5244

HSBC Taxpayer Financial Ser
Attn:  Bankruptcy Dept
90 Christiana Rd
New Castle, DE  19720

I.C. Systems
RE: Colortyme Rent
PO Box 64437
St. Paul, MN  55164-0437

Illinois Dept Child Support
Attn-Collection-Bankrupt Dpt
509 S. Sixth St
Springfield, IL  62701-1825

Illinois Dept of Revenue
Attn: Bankruptcy-Level 7-425
100 W. Randolph St
Chicago, IL  60606

Internal Revenue Service
Attn Central Insolvency Dept
PO Box 21126
Philadelphia, PA  19114

KCA Financial
Acct: City of Wheaton
PO Box 53
Geneva, IL  60134

Kenneth Williams
Attn:  Collections
2421 W 75th Street
Woodridge, IL  60517

Kenneth Williams Accounting Sv
2421 W. 75th St
Woodridge, IL  60517

Lampheres
Attn: Collections
15 S. Lake Street
Aurora, IL  60506

Law Office Heller & Frisone
Acct: Jewel Osco
33 N. LaSalle St  #300
Chicago, IL  60603-1203

Law Office Mark Striepling
Acct: MCI
205 N. Michigan Ave #2500
Chicago, IL  60601

Law Office of Alonzo Zahour
101 Royce Ct
Bolingbrook, IL  60440

Law Office of Mages & Price
RE:  1000 S Lorraine Condo
707 Lake Cook Rd,  #314
Deerfield, IL  60015

Law Office of Pierce & Assoc.
Acct: Bankrupt Dpt
1 N. Dearborn St.  #1300
Chicago, IL  60602

Law Office of Walinski & Assoc
Acct: DuPage Credit Union
25 E. Washington St #1221
Chicago, IL  60602

Law Office of Walinski & Assc
RE:  DuPage Credit Union
25 E Washington #1221
Chicago, IL  60602

Linebarger Goggan Blair etal
RE: State of Illinois
PO BOX  06140
Chicago, IL  60606-0140

LVNV Funding
Acct:Citibank-Sears
PO BOX  10584
Greenville, SC  29603--

Marshable Sheets
Attn: Collection Dept
1220 75th St  #-A
Downers Grove, IL  60515

Martell Management
Acct: Meijer
PO Box 490
Columbus, OH  43216-0490

MCI
Attn:  Bankruptcy Dept
500 Technology Dr  #300
Weldon Springs, MO  63304

Medical Business Bureau
RE:  Rush-Copley Med Ctr
PO Box 1219
Park Ridge, IL  60068-7219

Medical Collections System
RE:  Emergency Treatment SC
725 S. Wells Ave, #500
Chicago, IL  60607

Merchanst Credit Guide
Acct: Ulta Salon
223 W. Jackson Blvd  #900
Chicago, IL  60606

Merchant Credit Guide
Acct: Adventist Hinsdale Hsp
223 W. Jackson Blvd #900
Chicago, IL  60606

Midland Credit Management
Acct: Aspire Visa
8875 Aero Dr
San Diego, CA  92123

National City Bank
Attn:   Bankruptcy Dept
PO BOX  3038
Kalamazoo, MI  49003-3038

National City Bank
Attn:  Recovery Dept
1001 S. Washington St
Naperville, IL  60563

NCO Financial Service
RE:  SBC
PO Box 41448
Philadelphia, PA  19101

NCO Financial Systems Inc.
RE: DirecTV
PO Box 15391
Wilmington, DE  19850

NCO Financial Systems Inc.
RE: Bank of America
507 Prudential Road
Horsham, PA  19044

NCO Financial Systems Inc.
RE:  Capital One
PO Box 41448
Philadelphia, PA  19101

NCO Financial Systems Inc.
RE: Edward Women Med Ctr
606 W. Edison Rd  #-K
Mishawaka, IN  46545-8823

Nicor Gas
Attn Bankruptcy Dept
PO Box 549
Aurora, IL  60507-0000

NICOR Gas
Attn: Bankruptcy Dept
1844 W. Ferry Road
Naperville, IL  60563-9662

Nicor Gas
Attn Bankruptcy Dept
PO Box 0632
Aurora, IL  60507-0632

Oberweis Dairy
Attn Collection Dept
1018 S. York Rd  #20
Elmhurst, IL  60126

Pentagroup Financial
Acct: Sprint
5959 Corporate Dr  #1400
Houston, TX  77036

Pentagroup Financial, LLC
RE:  Sprint
5959 Corporate Drive, #1400
Houston, TX  77036-2308

Professional Account Mgmt
Acct: TCF Bank
633 W. Wisconsin Ave
Milwaukee, WI  53203

Quest Diagnostic
Attn:  Patient Billing
1355 Mittel Blvd
Wood Dale, IL  60191-1024

Receivable Management Inc
RE:  City of Bellwood
3348 Ridge Raod
Lansing, IL  60438

Rice & Sons, LTD
Attn:  Collections
301 S county Farm Rd,  #A
Wheaton, IL  60187

RMA
RE:  DirecTV
2675 Breckinridge Blvd
Duluth, GA  30096-4971

SALLIE MAE
Attn:  Bankruptcy Dept
1002 Arthur Dr
Lynn Haven, FL  32444

Santander Consumer USA
Attn:  Bankruptcy Dept
PO BOX  562084
Dallas, TX  75356-0284

Santander Consumer USA
Attn:  Bankruptcy Dept
8585 N. Stemmons Fwy  #11
Dallas, TX  75247-3836

SBC
Attn:  Bankruptcy Dept
6063 SBC Dr
Chicago, IL  60663-0001

Schwan Foods
Attn: Collection Dept
115 West Collge Dr
Marshall, MN  56258

Sears/CBSD
Attn:  Bankruptcy Dept
PO Box 6241
Sioux Falls, SD  57117

Serpico, Novelle, Petrosino &
Attn:  Collections
1127 S Mannheimn Rd,  #308
Westchester, IL  60154-7187

Sprint
PO BOX  6419
Carol Stream, IL  60197-6419

State Collection Service
Acct: Emergency Healthcare
PO Box 6250
Madison, WI  53701

Tate & Kirlin Associates
RE:  LVNV (Sears)
2810 Southamption Road
Philadelphia, PA  19134

TCF Bank
Attn Collection Dept
800 Burr Ridge Parkway
Hinsdale, IL  60521

Teletrack Co
RE:  Aarons Sale
155 Technology Pkwy #800
Norcross, GA  30092-2962

T-Mobile
Attn:  Collection Dept
PO Box 742596
Cincinnati, OH  45374-2596

TRS Home Furnishing
Attn: Collection Dept
1000 N. Rohlwing Rd #46
Lombard, IL  60148

UCB Collections
RE:  Meijer
5620 Southwyck Blvd
Toledo, OH  43614-1539

Ultra Store

US Bank
Attn:  Recovery Dept
225 N. Weber Rd
Bolingbrook, IL  60490

V.R. Kuchipudi MD, SC
Attn:  Patient Accts
1730 Park St,  #101
Naperville, IL  60563

Verizon Wireless-MCI
Attn Bankruptcy Dept
500 Technology Dr #300
Weldon Springs, MO  63304

Viking Collection Service Inc.
RE:  Capital One
7500 Office Ridge Circle
Eden Prairie, MN  55344-3678

Von Maur Store
Attn Bankruptcy Dept
6565 Brady St
Davenport , IA.  52086-2054

Wal Mart
Attn Bankruptcy Dept
PO Box 103042
Roswell, GA  30076

Walgreens Store
Attn Collection Dept
22215 Network Place
Chicago, IL  60673-1222

```
Will County State Attorney
RE: Bad Check Program
PO Box 800
Joliet, IL  60434-0800

Will County States Attorney
Bad Check Restitution Program
PO BOX  800
Joliet, IL  60434-0800

Worldwide Wireless
PO Box 9367
Garden City, NY  11530
```